1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br>MDL No. 1699 |
| *This document relates to:* | |
| Marnie Bisazza          06-0446 CRB<br>Laura Davenport      06-0446 CRB<br>Maudie Davis           06-0446 CRB<br>Eleanor Dramis        06-0446 CRB<br>Willie Elston             06-0446 CRB<br>Leon Jackson, Jr.     06-2691 CRB<br>Robert Kongstvedt   06-0446 CRB<br>Bernice Maddox       06-0446 CRB<br>Jose Martinez           05-4488 CRB<br>Joseph Panarisi        06-0446 CRB<br>Carlos Perales          06-0446 CRB<br>Aram Yeghiazarian  06-0446 CRB<br>Samuel Zito              06-2619 CRB | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER DEFENDANTS' MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS**<br><br>Date:  October 27, 2006<br>Time:  10:00 a.m.<br>Judge:  Charles R. Breyer |

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the Pfizer Defendants and Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee agree and hereby stipulate that the hearing on Pfizer Defendants' Motion Seeking an Order Dismissing Plaintiffs' Claims with Prejudice or Other Appropriate Sanctions shall be continued from October 13, 2006 at 10:00 a.m. to **October 27, 2006 at 10:00 a.m.** or as soon thereafter as counsel can be heard. Said motion shall be heard before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

Dated: October 3, 2006          LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By _____
    ELIZABETH J. CABRASER
    SCOTT P. NEALEY

Plaintiffs' Liaison Counsel


Dated: October 3, 2006          DLA PIPER RUDNICK GRAY CARY US LLP


By ____/s/_____
    AMY W. SCHULMAN

Defendants' Liaison Counsel


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 6__, 2006      _____
                                HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

PFZR/1035934/1077964v.1