1   Brent Coon & Associates
    1220 West 6th Street, Suite 303
2   Cleveland, OH 44113
    Telephone: 216-241-1872
3   Facsimile: 216-241-1873
    Attorneys for Plaintiffs
4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12   IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
     MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
13   PRODUCT LIABILITY LITIGATION

14   This Document Relates To:

15   *Betty Zito, et al. v. Merck & Co., Inc., et al.*    **STIPULATION AND ORDER OF**
     (06-2619 CRB)                                        **DISMISSAL WITH PREJUDICE**
16

17   *Pauline Jackson, et al. v. Merck & Co., Inc., et al.*
     (06-2691 CRB)

18   *Philip J. Fife v. Pfizer Inc*
     (06-4854 CRB)
19

20   *Stanley Ray Dickerson v. Pfizer Inc*
     (07-4405 CRB)

21   *Harlan G. Yancey v. Pfizer Inc*
     (07-5562 CRB)
22

23   *Sheldon S. Schion v. Pfizer Inc*
     (07-5563 CRB)

24

25         Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

26   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

28   //

                                              -1-

1

each side bearing its own attorneys' fees and costs.

2

3

4

DATED: 7/14, 2010        By: _____

5

**BRENT COON & ASSOCIATES**

6                                1220 West 6th Street, Suite 303
                                 Cleveland, OH 44113

7                                Telephone: 216-241-1872
                                 Facsimile: 216-241-1873

8

*Attorneys for Plaintiffs*

9

10     DATED: Oct. 7, 2010      By: _____

11                               **DLA PIPER LLP (US)**
                                 1251 Avenue of the Americas

12                               New York, New York 10020
                                 Telephone: 212-335-4500

13                               Facsimile: 212-335-4501

14                               *Defendants' Liaison Counsel*

15

16

17     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**

18

19
       Dated: 10/14/2010
20
                               Hon. Charles R. Breyer
                               United States District Court
21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE